**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 94-cv-01028-WYD

LAWRENCE P. HANDY,

     Applicant,

v.

JAMES ABBOTT and
JOHN SUTHERS, The Attorney General of the State of Colorado,

     Respondents.

**ORDER**

ORDER ENTERED BY DISTRICT JUDGE WILEY Y. DANIEL

     The Motion by Respondents requesting that John Krause be permitted to withdraw as counsel and be substituted with Laurie A. Booras is GRANTED.

     Dated:  August 8, 2007